JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHEL FERNANDEZ FUENTES,
Petitioner,
v.
JAMES JANECKA, ET AL,
Respondents.

Case No. 5:26-cv-05812-MAR

JUDGMENT

**IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents are ORDERED to immediately release Petitioner **Michel Fernandez Fuentes (A# 064-652-305)** ("Petitioner") from custody and return any documents or items confiscated from him at the time of his detention. Respondents are ENJOINED from re-detaining Petitioner absent a material change in circumstances and full compliance with 8 C.F.R. §§ 241.4(l)(1), 241.13(i)(1), and due process. Respondents are further ENJOINED from attempting to remove Petitioner to any country other than Cuba unless Respondents first provide written notice of their intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).

//

Dated: November 3, 2026

MARGO A. ROCCONI
United States Magistrate Judge